IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGG REITAN,

        Plaintiff,                1: 08 CV 00603 OWW YNP GSA (PC)

  vs.                            FINDINGS AND RECOMMENDATION

CDCR, et al.,

        Defendants.

      Plaintiff is a state prisoner proceeding in a civil rights action pursuant to 42 U.S.C. § 1983.

      This action was initiated by civil complaint filed on May 1, 2008, by Plaintiff, proceeding with retained counsel.  On May 6, 2008, counsel for Plaintiff submitted the $350 filing fee. Plaintiff is therefore not entitled to proceed in forma pauperis.

      To date, service has not been executed on any of the named defendants.  Federal Rule of Civil Procedure 4(m) provides for dismissal of an action without prejudice if service is not effected within 120 days after the complaint is filed.  No return of service has been filed, and no appearance has been entered by any of the defendants.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for failure to effect service pursuant to Federal Rule of Civil Procedure 4(m).

1    These findings and recommendations are submitted to the United States District Judge
2  assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1).  Within twenty
3  days after being served with these findings and recommendations, any party may file written
4  objections with the court and serve a copy on all parties.  Such a document should be captioned
5  "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that
6  failure to file objections within the specified time may waive the right to appeal the District
7  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

9    IT IS SO ORDERED.
10   Dated:   **December 16, 2009**          **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE